MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __KENNETH GASSMAN__    CASE NO. __3:98-CR-00179-JWS__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____SAMANTHA LARK_____

UNITED STATES' ATTORNEY: _____SHAWN FULLER_____

DEFENDANT'S ATTORNEY: _____M.J. HADEN, APPOINTED_____

U.S.P.O.: _____PATTY WONG_____

PROCEEDINGS: INITIAL APPEARANCE ON WARRANT OF ARREST FOR
VIOLATION OF RELEASE CONDITIONS HELD 07/31/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:08 a.m. court convened.

_X_ Copy of Warrant given to defendant.

_X_ Defendant sworn.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: same as above.

_X_ Financial Affidavit **FILED.** Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant detained; Order of Detention Pending Trial **FILED.**

_X_ This matter referred to U.S. District Judge for further proceedings.

At 10:16 a.m. court adjourned.


DATE: __July 31, 2007__    DEPUTY CLERK'S INITIALS: __sal__

Revised 6-18-07