AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

RECEIVED
AUG 0 7 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V.

KENNETH GASSMAN

**WARRANT FOR ARREST**

CASE NUMBER: A98-0179-5CR (JWS)

**ORIGINAL**

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **KENNETH GASSMAN** and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[] Indictment  [] Information  [] Complaint  [X] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):
VIOLATION OF PRETRIAL RELEASE

in violation of Title  United States Code, Section(s)

Michael Hall
Name of Issuing Officer

by _REDACTED SIGNATURE_  Deputy Clerk

Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk
Title of Issuing Officer

April 29, 1999 at Anchorage, Alaska

Date and Location

by  Judge John W. Sedwick

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: _____
Nashville, TN

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/28/07 | Randy Johnson, USM | by: [signature] |