NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case 3:98-CR-00179-05-JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | UNITED STATES SENTENCING |
| KENNETH GASSMAN, ) | MEMORANDUM |
| ) | |
| Defendant. ) | |
| ) | |

## SUMMARY OF SENTENCING RECOMMENDATIONS

**TERM OF IMPRISONMENT** . . . . . . . . . . . . . . . . . . . . . . . **78 MONTHS**

**TERM OF SUPERVISED RELEASE** . . . . . . . . . . . . . . . . . . . **3 YEARS**

**FINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$0.00**

**SPECIAL ASSESSMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100.00

The United States Probation Office [USPO] has prepared the presentence report [PSR] in this case and the United States does not dispute the factual findings the USPO has made. The United States will rely upon the factual statements in the PSR in making its sentencing recommendations.

Following his pleas of guilty, the defendant stands convicted of one count of manufacturing marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). The USPO has recommended the Court find the defendant's total adjusted base offense level for the count of conviction to be 26 and that, with the defendant's criminal history category classification of I, the defendant's sentence range to be between 63 and 78 months of imprisonment.

 The USPO has accurately assessed the information the United States developed as part of its investigation in this matter and has accurately set forth in the PSR the background information of the defendant's criminal activities. The Untied Stats is prepared to present evidence to support th information contained in the pre-sentence report.

In accordance with the U.S.S.G. and the sentencing factors set forth in 18 U.S.C. § 3553, the United States recommends a sentence 78 months of

imprisonment, a special assessment of $100.00, and a term of three years of supervised release. The United States does not recommend the imposition of a fine, based on the defendant's apparent current or foreseeable ability to pay a substantial fine.

The United States recommends this sentence to adequately reflect the seriousness of not only the offense of conviction but also to reflect the defendant's failure to appear for sentencing as well as his remaining a fugitive lo these many years until his fortuitous apprehension in another part of the United States. But for his being found in a county jail following his arrest on unrelated charges, the defendant may well have avoided all responsibility for his conduct for an indeterminate period of time. Thus, the Court should sentence this defendant more severely than a typical first time offender. Furthermore, the Court should not give the defendant any credit for his initial attempt to cooperate. His fleeing from the jurisdiction more accurately reflects the defendant's dim hopes for rehabilitation than his attempt to cooperate with law enforcement. A more severe sentence will adequately address not only the United States Sentencing Commission Guideline concerns but also those contained in 18 U.S.C. § 3553.

RESPECTFULLY SUBMITTED this day, October 19, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

I certify that a true and correct copy of the
foregoing SENTENCING MEMORANDUM
was sent to the following counsel
of record on October 19, 2007, via:

electronic filing

Henry Graper

Executed at Anchorage, Alaska on
October 19, 2007

 /S/ Stephan A. Collins
Office of the U.S. Attorney