```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                             DISTRICT OF ALASKA
```

U.S.A. vs. KENNETH GASSMAN          CASE NO. 3:98-CR-00179-05-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:       JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:      SAMANTHA LARK

UNITED STATES' ATTORNEY:    STEPHAN COLLINS

DEFENDANT'S ATTORNEY:       HENRY E. GRAPER

U.S.P.O.:                   ERIC ODEGARD

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 10/26/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:39 a.m. court convened.

 X Notice of Appeal form given to defendant.

 X Court stated findings/reasons pursuant to sentencing guidelines.

 X Imprisonment for a period of 60 months on Count 3s of the First Superseding Indictment.

 X Defendant placed on supervised release for a period of 3 years on count 3s of the First Superseding Indictment under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X Special Assessment $ 100.00, due immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X Payment coupon given to defendant.

 X OTHER: Court and counsel heard re defendant's objections of presentence report.

At 8:59 a.m. court adjourned.


DATE: October 26, 2007          DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07